IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CARLI GRAVES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:23-CV-00422-ZJH |
| UNION PACIFIC RAILROAD COMPANY, RALPH HOLMES JR, | § § § § | |
| Defendants. | § § | |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Pending before the court is the parties' *Agreed Motion to Dismiss*. Doc. No. 18. The stipulation is signed by all parties who have appeared. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

It is therefore **ORDERED** that the parties' *Agreed Motion to Dismiss* (Doc. No. 18) is **GRANTED**. Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED this 15th day of October, 2024.

_____
Zack Hawthorn
United States Magistrate Judge